UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STEVEN BRADLEY,**

   Plaintiff,

v().   No. 4:25-cv-00866-P

**TARRANT COUNTY, TEXAS, ET AL.,**

   Defendants.

# ORDER

On September 25, 2025, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in the above-captioned case. ECF No. 29. The FCR recommends that this case be dismissed for failure to state a claim upon which relief can be granted. *Id.* Plaintiff filed an Objection to the FCR on October 8, 2025. ECF No. 31.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;
2. The FCR of the United States Magistrate Judge (ECF No. 29);
3. The Plaintiff's written objections to the FCR (ECF No. 31); and
4. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's objections are **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. If a court determines that dismissal of a claim is appropriate, it should be with prejudice if amending the claim would be futile or "the plaintiff has alleged his best case." *Jones v. Greninger*, 188 F.3d 322, 327 (5th Cir. 1999); *see Schiller v. Physicians Res. Group, Inc.,* 342 F.3d 563, 566 (5th Cir.2003).

Therefore, all claims against all Defendants are **DISMISSED with prejudice.**

**SO ORDERED** on this **10th day of October 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE